# Kansas City, Memphis & Birmingham R. R. Co. *v.* Stribling.

APPEAL from Jefferson Circuit Court.
Tried before the Hon. A. A. COLEMAN.

WALLACE PRATT and WALKER, PORTER & WALKER, for appellant.

BOWMAN & HARSH, for appellee.

Appellee, who was the plaintiff in the court below, brought this action against appellant to recover damages for the death of her husband, who was in the service of appellant as an engineer at the time of his death

—it being alleged that death was caused by the negligence of appellant. The death was caused by the derailment of an engine on appellant's line of railroad. There were a verdict and judgment for ten thousand dollars in favor of the plaintiff, and from this judgment defendant appealed.

Appeal dismissed by appellant.